UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE ZHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>    Defendants. | Case No. 17-CV-00007-LHK<br><br>**JUDGMENT** |

On April 24, 2018, the Court granted Defendants' motion for summary judgment as to all but one of Plaintiff's causes of action. *See* ECF No. 72. Further, with regards to the remaining cause of action, which is asserted under state law, the Court declined to exercise supplemental jurisdiction over that claim and instead dismissed that claim without prejudice. *See id.* Accordingly, the Clerk shall enter judgment in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 24, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-00007-LHK
JUDGMENT