UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JACQUELINE ZHANG,

    Plaintiff-Appellant,

v.

COUNTY OF MONTEREY; MONTEREY COUNTY RESOURCE MANAGEMENT AGENCY; MONTEREY COUNTY PARKS DEPARTMENT,

    Defendants-Appellees.

No. 18-15955

D.C. No. 5:17-cv-00007-LHK
Northern District of California,
San Jose

ORDER

Before: THOMAS, Chief Judge, and W. FLETCHER and MILLER, Circuit Judges.

Jacqueline Zhang's Request for Attorney's Fees on Appeal, filed March 9, 2020, is DENIED.