CHRISTOPHER E. PANETTA (Bar No. 175127)
EVAN J. ALLEN (Bar. No. 310617)
FENTON & KELLER
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California 93942
Telephone: (831) 373-1241
Facsimile: (831) 373-7219
CPanetta@FentonKeller.com
Eallen@FentonKeller.com

Attorneys for Defendant COUNTY OF MONTEREY


Karen E. Ford Esq.
SW Ocean Ave & Mission, Suite 208
P.O. Box 287
Carmel-by-the-Sea, California 93921-0287
831-250-6433
Fax 831-250-6844
karen@fordslaw.com
SBN 88358

Attorney for Plaintiff JACQUELINE ZHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE ZHANG,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, MONTEREY COUNTY RESOURCE MANAGEMENT AGENCY, and MONTEREY COUNTY PARKS DEPARTMENT,<br><br>        Defendants. | Case No. 5:17-CV-00007 LHK<br><br>**JOINT SETTLEMENT STATUS REPORT** |

/ / /

/ / /

/ / /

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{CEP-01028645;1}

JOINT SETTLEMENT STATUS REPORT
5:17-CV-00007 LHK

Pursuant to the Court's May 19, 2020 Order Setting Settlement Conference, Plaintiff, JACQUELINE ZHANG, an individual, and Defendant COUNTY OF MONTEREY, participated in a settlement conference before Magistrate Judge Cousins. The parties were unable to reach a settlement.

Dated: September 8, 2020  FORD & ASSOCIATES, LLC

By: */s/ Karen E. Ford*
Karen E. Ford, Esq.
Attorney for Plaintiff
JACQUELINE ZHANG

Dated: September 8, 2020  FENTON & KELLER, PC

By: */s/ Christopher E. Panetta*
Christopher E. Panetta, Esq.
Evan J. Allen, Esq.
Attorneys for Defendant
COUNTY OF MONTEREY